UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF:<br><br>ANDREY SLOBODA | No.  2:20-mj-0122-EFB<br><br>DETENTION ORDER |

Sloboda was arrested pursuant to an extradition complaint and arrest warrant. 18 U.S.C. § 3184.  His extradition is sought by the government of Costa Rica for the offense of homicide.  At the initial appearance in this court on August 14, 2020, the government moved to detain Sloboda pending the extradition proceedings.  As stated on the record at that hearing, unlike the presumption in domestic criminal cases "[t]here is a strong presumption against bail in an extradition case" and only "special circumstances" will justify release on bail.  *Salerno v. United States,* 878 F.2d 317, 317 (9th Cir. 1989) (citing *Wright v. Henkel*, 190 U.S. 40, 63).  Such circumstances include "the raising of substantial claims upon which the appellant has a high probability of success, a serious deterioration of health while incarcerated, and unusual delay in the appeal process." *Id.*

Here, Sloboda fails to meet that standard.  Furthermore, the affidavit in support of the complaint and arrest warrant indicates that at trial in Costa Rica Sloboda was convicted of the

1

charged offense and subsequently absconded while on release pending his appeal, thus manifesting his risk of flight if released.  Accordingly, the court orders that Sloboda be detained pending these extradition proceedings.

DATED:  August 14, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE