HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Hannah_Labaree@fd.org

Attorney for Defendant
ANDREY SLOBODA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Extradition of<br><br>ANDREY SLOBODA | Case No. 2:20-mj-122-EFB<br><br>STIPULATION AND ORDER TO CONTINUE BAIL HEARING |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Justin Lee, Assistant United States Attorney, attorney for Plaintiff United States of America, and Hannah Labaree, Assistant Federal Defender, attorney for Andrey Sloboda, that the bail hearing set for September 4, 2020 at 2:00 p.m. be continued to September 10, 2020 at 2:00 p.m., before the Honorable Judge Kendall J. Newman. The reason for the continuance is to permit Mr. Sloboda additional time to gather information supporting a request for release from custody.

//

//

//

-1-

1

2  Dated:  September 2, 2020

3                                        HEATHER E. WILLIAMS
   Federal Defender

4

5  */s/ Hannah Labaree*
   HANNAH LABAREE
   Assistant Federal Defender
6  Attorney for Defendant
   ANDREY SLOBODA

7

8  Dated:  September 2, 2020

   MCGREGOR SCOTT
9  United States Attorney

10  */s/ Justin Lee*
    JUSTIN LEE
11  Assistant United States Attorney
    Attorney for Plantiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Order**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, orders the September 4, 2020 bail hearing shall be continued until September 10, 2020, at 2:00 p.m., before Magistrate Judge Delaney.

Dated:  September 2, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE