UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Extradition of<br><br>ANDREY SLOBODA | Case No. 2:20-MJ-0122-EFB<br><br>AFFIDAVIT OF CONSENT TO EXTRADITION |

I, Andrey Sloboda, have been fully informed by my attorney, Hannah Labaree, with whose services I am satisfied, that I have certain rights pursuant to United States law, including 18 U.S.C. §§ 3184-3196, and the extradition treaty in force between the United States and Costa Rica. In particular, I understand that:

1. The Government of Costa Rica has requested my extradition; and
2. Under 18 U.S.C. § 3184, I am entitled to a hearing at which certain facts would need to be established, including:
    a. That currently there is an extradition treaty in force between the United States and Costa Rica;
    b. That the treaty covers the offense for which my extradition was requested;
    c. That I am the person whose extradition is sought by Costa Rica; and
    d. That probable cause exists to believe that I committed the offense for which extradition was requested.

1

3. I further understand that I cannot be extradited to Costa Rica unless and until a court of the United States issues an extradition certification order and the Secretary of State of the United States issues a warrant for my surrender.

4. In full knowledge of the above, I hereby admit that I am the individual against whom a sentence is pending in Costa Rica and for whom process is outstanding there. I further stipulate that there is probable cause to support my extradition to Costa Rica for the charge for which extradition was sought. I consent to an extradition certification order by the Court without the need for a hearing as contemplated under 18 U.S.C. § 3184; to a decision by the Secretary of State authorizing my surrender; to be transported in custody, as soon as possible, to Costa Rica, and to remain in custody of the United States Marshal pending the arrival of duly authorized representatives from Costa Rica.

5. I give this consent voluntarily, knowingly, and entirely of my own free will and accord. No representative, official, or officer of the United States or of the Government of Costa Rica, nor any other person whosoever, has made any promise or offered any other form of inducement or made any threat or exercised any form of intimidation against me.

Dated ____11/10/2020____

for Andrey Sloboda
per General Order 616

ANDREY SLOBODA

HANNAH LABAREE
Attorney for Andrey Sloboda

2

1   I hereby certify that on _Nov. 10, 2020_, Andrey Sloboda personally
2   appeared before me and made his oath in due form of law that the statements herein are
3   true.
4   Dated: _11-10-2020_

Hon. EDMUND F. BRENNAN
United States Magistrate Judge
Eastern District of California

3